IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>FORTINET, INC., §<br>§<br>*Defendant*. §<br>§<br>§ | Case No. 2:22-cv-00171-JRG-RSP |

### ORDER

Before the Court is Plaintiff Cedar Lane Technologies Inc.'s Notice of Dismissal of Claims. Dkt. No. 9. In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Aug 4, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE